UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-20615-CIV-MARTINEZ/AOR

MARILYN MATOS

    Plaintiff,

v.

ANDREW SAUL, Commissioner of Social Security,

    Defendant.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

    **THE MATTER** was referred to the Honorable Alicia M. Otazo-Reyes, United States Magistrate Judge for a ruling on all pre-trial, non-dispositive matters and for a Report and Recommendation ("R&R") on any dispositive matters (DE 2). Magistrate Judge Otazo-Reyes filed an R&R on the motions for summary judgment filed by Plaintiff Marilyn Matos (DE 19) and Defendant Andrew Saul, Commissioner of Social Security (DE 23). Judge Otazo-Reyes recommended that Matos's Motion for Summary Judgment be denied and that the Commissioner's Motion for Summary Judgment be granted. (DE 27). Matos filed objections essentially repeating her initial arguments to the Magistrate Judge. (DE 28). Upon *de novo* review, it is

    **ORDERED AND ADJUDGED** that United States Magistrate Judge Otazo-Reyes' thorough Report and Recommendation (DE 27) is **AFFIRMED** and **ADOPTED**. Defendant Andrew Saul, Commissioner of Social Security's Motion (DE 23) is **GRANTED**. Plaintiff Marilyn Matos'S Motion (DE 19) is **DENIED**. The Clerk is directed to mark this case **CLOSED**.

    **DONE AND ORDERED** in Chambers at Miami, Florida, this 22nd day of March, 2021.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE